AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br><br>OSCAR ESCOBAR MARTINEZ,<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-mj-00003-1 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 4, 2023_____ in the county of _____Multomah_____ in the

_____ District of _____Oregon_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Possession with intent to distribute controlled substances (Methamphetamine). |

This criminal complaint is based on these facts:

See the attached affidavit of DEA Special Agent Santos Reyes

☑ Continued on the attached sheet.

_____
/s/ Signed by telephone
*Complainant's signature*

Santos Reyes, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at __10:10__ a.m./p.m.

Date: _____01/04/2023_____

_____
*Judge's signature*

City and state: _____Portland, Oregon_____          STACIE F. BECKERMAN, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:                                    AFFIDAVIT OF SANTOS REYES

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Santos Reyes, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.       I have been employed as a Special Agent by the Drug Enforcement

Administration (DEA) since June 2022. I am an investigative or law enforcement officer of the

United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am

empowered by law to conduct investigations of and to make arrests for offenses enumerated in

Section 2516 of Title 18, United States Code. My current assignment is at the Portland District

Office where I am assigned to a DEA federal task force. My formal education includes a Master

of Science in Criminology with a focus in Human Behavior. My formal law enforcement training

includes successfully completing 26-week Basic Recruit Training at the Denver Police Academy

in Denver, Colorado, followed by field training in Denver, Colorado. Also, I have successfully

completed Basic Agent Training course at the DEA academy in Quantico, Virginia. I have

participated in multiple drug investigations involving controlled purchase operations,

surveillance, arrests, interdiction, vehicle tracking, cell phone geo-location techniques, rap and

trace orders, and Title III wiretaps. I have interviewed and operated informants, executed search

warrants, arrested and interviewed subjects involved in the smuggling and distribution of

narcotics, conducted physical surveillance, and utilized electronic and video surveillance. I have

also worked with and consulted numerous agents and law enforcement officers who have

investigated drug trafficking offenses.

2.       As a Special Agent, I have participated in numerous drug investigations as either

the lead case agent or as a supporting investigative agent, including in Title III wiretap

investigations.  I am familiar with investigations of Drug Trafficking Organizations (hereinafter, "DTOs"), including identifying methods of importation and distribution of controlled substances, and how controlled substances are manufactured, consumed, packaged, marketed, smuggled, and distributed.  I am also familiar with various tactics used by DTOs to import drugs into the United States, communicate with members of the DTOs, and arrange for transportation and distribution of drugs.

3.      I submit this affidavit in support of a criminal complaint and arrest warrant for:

- **OSCAR ESCOBAR MARTINEZ ("MARTINEZ")**

for violation of Title 21, United States Code, Sections 841(a)(1), b(1)(A)(viii) possession with intent to distribute methamphetamine (hereinafter the "Target Offense").

### Applicable Law

4.      Title 21, United States Code, Sections 841(a)(1) makes it illegal to possess with the intent to distribute methamphetamine, a Schedule II controlled substance. Possession with intent to distribute 500 grams or more of a substance containing a detectable amount of methamphetamine is punishable by 10 years to life imprisonment, a fine of up to $10 million, and not less than five years' supervised release.

### Sources of Information

5.      ███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

**Page 2 – Affidavit of Santos Reyes**                    **USAO Version Rev. April 2018**



6. ████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████

██████████████████████████

**Statement of Probable Cause**

███████████████████████████████████████

7. ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████.

8.      ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

9.      Based on my training, experience, and conslutations with other Investigators, I know it is common for drug traffickers to suddenly change the transaction location to a nearby side street or non-descript location. This is done to help identify law enforcement surveillance that might be following drug customers. Based on this, I believe MARTINEZ chose this area as a countersurveillance measure, to watch vehicles as they passed infront of MARTINEZ and identify law enforcement personnel.

10.      ██████████████████████████████████████      MARTINEZ indicated he was driving a blue "truck." Based on my training, experience, and consultations with other Investigators, I know it is common for Spanish-speaking drug traffickers (such as MARTINEZ) to refer to trucks, SUV's, and vans as "trucks," even when speaking English with non-Spanish speaking drug associates (such as the CS). Thus, Investigators suspected MARTINEZ was driving a blue truck, SUV, or van.



11. ████████████████████████████████████████████████████

████████████████████████████████████████████████████ the

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████

12. ████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████

13. ████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

14. ████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████████

**Page 5 – Affidavit of Santos Reyes**                    **USAO Version Rev. April 2018**

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

### Investigators Stop MARTINEZ and Seize
### Methamphetamine and Blue M30 Pills Suspected to Contain Fentanyl

15.     As MARTINEZ approached the Chevy Impala, Investigators got out of the Chevy Impala wearing identifiable police placards and verbally identified themselves as "Police." Investigators placed MARTINEZ in handcuffs without incident. Upon stopping MARTINEZ, Investigators removed a cellphone from his hand. Investigators later called SP-6912 and this phone rang, confirming MARTINEZ was the user of the phone.

16.     Simultanously to stopping MARTINEZ, other Investigators activated their overhead police lights and maneuvered their vehicles to effectively stop the Honda Pilot SUV. During the vehicle stop, Investigators found a female adult in the driver's seat and an infant in a rear carseat. The female and infant were directed out of the vehicle without incident. The female identified MARTINEZ as her husband.

17.     Investigators brought MARTINEZ to the Honda Pilot SUV, where MARTINEZ identified the Honda Pilot as the vehicle he arrived in. Investigators searched the Honda Pilot pursuant to the motor vehicle exception, beginning with a canine sniff conducted by an Oregon State Police (OSP) narcotics detection canine. The canine alerted to the odor of narcotics emanating from a diaper box that was taped shut and wedged between the  rear of the driver's seat and the rear passenger's seat. .

18.     Investigators opened the box and found it to contain multiple clear, vacumm sealed bags containing a hard white crystalline substance consistent with crystal

**Page 6 – Affidavit of Santos Reyes**                     **USAO Version Rev. April 2018**

methamphetamine. Later field tests indicated a presumptive positive for the presense of

methamphetamine. The gross weight of methamphetamine seized from the Honda Pilot,

including the packaging, was 7,327.6 grams  (15 pounds is approximately 7,327.6 grams). Inside

of the cardboard box, Investigators also found two clear plastic bags containing counterfeit

oxycodone pills stamped "M-30" suspected of containing fentanyl. The gross weight of the pills

seized from the Honda Pilot, including the packaging, was 256.1 grams (2,000 pills is

approximately 256.1 grams). Below are photos of the box and seized drugs:

 

19.      During the search, MARTINEZ was provided his rights per Miranda in both

Spanish and English from a DEA-issued Advice of Rights card, and MARTINEZ said he

understood his rights. After the search, MARTINEZ claimed ownership of the drugs seized from

the Honda Pilot SUV, and said the female driver had no knowledge of the drugs in the vehicle,

but rather MARTINEZ requested a ride from her to the drug transaction location.



20.

21.

22.    Based on the foregoing, I believe MARTINEZ violated the Target Offense. Thus, I request the Court issue a federal arrest warrant for MARTINEZ for violation of the Target Offense.

23.    Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Paul

Maloney, and AUSA Maloney advised me that in his opinion the affidavit and complaint are

legally and factually sufficient to establish probable cause to support the issuance of the

requested criminal complaint and arrest warrant.

## Request for Sealing

24.     It is respectfully requested that the Court issue an order sealing, until further order

of the Court, all papers submitted in support of the requested criminal complaint and arrest

warrant.  I believe that sealing these documents is necessary because the information to be seized

is relevant to an ongoing investigation, and any disclosure of the information at this time is likely

to seriously jeopardize the ongoing investigation. Premature disclosure of the affidavit, the

criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.


*/s/ Sworn to by telephone*
*In accordance with Fed. R. Crim. P. 4.1*
Santos Reyes
DEA Special Agent


Sworn to by telephone at ____10:10____ a.m./p.m. this ____4th____ day of January 2023 in

accordance with Fed. R. Crim. P. 4.1.


_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge


**Page 9 – Affidavit of Santos Reyes**                          **USAO Version Rev. April 2018**